

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00319-CV

CARRIE M. LEO
v.
TYLER C. THOMAS AND NICHOLAS STACEY D/B/A FRAGILE PLANET WILDLIFE CENTER, FORMERLY KNOWN AS FRAGILE PLANET WILDLIFE FOUNDATION

On Appeal from the
444th District Court of Cameron County, Texas
Trial Court Cause No. 2020-DCL-01028

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. No costs are assessed, as appellant filed an affidavit of inability to pay costs.

We further order this decision certified below for observance.

November 10, 2021